SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 07 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NUMBER |
| BENJAMIN LEWIS YOUNGBLUT | § | **C - 2 6 - 0 1 6** |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about December 2, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

BENJAMIN LEWIS YOUNGBLUT,

did knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including, but not limited to, the following:

1) DPMS INC., model: PANTHER LR-308, Caliber: 308 rifle S/N: FFK043818
2) WWI, model: WW-15, MULTI- CAL rifle, S/N: WW163828
3) SIG SAUER, model: P320, 9mm pistol, S/N: 58J281533
4) HECKLER AND KOCH, model: VP9, 9mm pistol, S/N: 224-364492
5) GLOCK, model: 43X, 9mm pistol, S/N: AHPB513
6) GLOCK, model: 22GEN5, .40 caliber pistol, S/N: CCCF438
7) GLOCK, model: 22, .40 caliber pistol, S/N: KCA371
8) SPRINGFIELD ARMORY, model: EMISSARY, 9mm pistol, S/N: NM752256

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a); to wit: smuggling goods from the United States).

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

## COUNT TWO

On or about October 7, 2025, through November 19, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### BENJAMIN LEWIS YOUNGBLUT,

not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in, importing, or manufacturing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF CRIMINAL FORFEITURE
18 U.S.C. § 933

Pursuant to Title 18, United States Code, Section 933 (a)(1), that upon a conviction of a violation of Title 18, United States Code, Sections 933(a)(1) and 932 (a) alleged in Count One, notice is given that the defendant,

### BENJAMIN LEWIS YOUNGBLUT,

that upon conviction of a violation of 18 U.S.C. 933, as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to:

1) DPMS INC., model: PANTHER LR-308, Caliber: 308 rifle S/N: FFK043818

2) WWI, model: WW-15, MULTI- CAL rifle, S/N: WW163828

3)  SIG SAUER, model: P320, 9mm pistol, S/N: 58J281533

4)  HECKLER AND KOCH, model: VP9, 9mm pistol, S/N: 224-364492

5)  GLOCK, model: 43X, 9mm pistol, S/N: AHPB513

6)  GLOCK, model: 22GEN5, .40 caliber pistol, S/N: CCCF438

7)  GLOCK, model: 22, .40 caliber pistol, S/N: KCA371

8)  SPRINGFIELD ARMORY, model: EMISSARY, 9mm pistol, S/N: NM752256

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By:

ZACHARY D. BIRD
Assistant United States Attorney